UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| BETTY REICH, MARY PARHAM, and ALTHEA COOPER, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ECOLAB INC. and DOES 1-50 inclusive,<br><br>Defendant. | CASE NO. 20-cv-00570 (SRN/ECW)<br><br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITHOUT PREJUDICE [FRCP 41(A)]** |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION IS DISMISSED WITHOUT PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated: May 13, 2020

                                                                                     <u>s/Susan Richard Nelson</u>
                                                                                     SUSAN RICHARD NELSON
                                                                                     United States District Judge